683 A.2d 198

JOANN PAYTON v. NEW JERSEY TURNPIKE AUTHORITY AND MICHAEL STANKOWITZ, ET AL.

September 18, 1996.

## ORDER

Leave to appeal is granted.

683 A.2d 198

ROXANNE GENNARI v. WEICHERT COMPANY REALTORS.

September 18, 1996.

## ORDER

Leave to appeal is granted.